No. 71–1549. BLANKNER v. CITY OF CHICAGO. Sup. Ct. Ill. Motions of Janitors Union Local 1, Chicago Property Owners Assn. et al., and Roman C. Pucinski for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 71–1581. FERRARA ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 71–6468. HURST v. ESTES, U. S. DISTRICT JUDGE; and

No. 71–6790. HURST v. UNITED STATES. C. A. 5th Cir. Motion of petitioner to consolidate granted. Certiorari denied.

No. 71–6625. HOLT v. CITY OF RICHMOND ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 70–78. AFFILIATED UTE CITIZENS OF UTAH ET AL. v. UNITED STATES ET AL., 406 U. S. 128. Petition for rehearing denied. MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 70–117. KASTIGAR ET AL. v. UNITED STATES, 406 U. S. 441. Petition for rehearing denied. MR. JUSTICE BRENNAN and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 71–5830. JONES v. CRAVEN, WARDEN, 406 U. S. 921. Motion for leave to file petition for rehearing denied.